**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ANTONE L. TAYLOR, ADC # 154829                                             PLAINTIFF

v.                                      4:15CV00633-JLH

JOSEPH KLINEDINST, Sergeant,
Wrightsville Unit; *et al.*                                                DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ORDERED this 22nd day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE